[No. 21922. *En Banc.* September 13, 1929.]

SPOKANE AND EASTERN TRUST COMPANY, *Respondent,* v. SPOKANE COUNTY *et al., Appellants.*[1]

*Charles W. Greenough* and *A. O. Colburn,* for appellants.

*Graves, Kizer & Graves,* for respondent.

PER CURIAM.—This is a companion case to that of *Spokane & Eastern Trust Co. v. Spokane County, ante* p. 332, 280 Pac. 3, and upon the authority of that case, the judgment will be affirmed.

[1]Reported in 280 Pac. 354.